Cornelia Building Corporation, appellant, v. Harry Blum, appellee. Gen. No. 36,668.

Opinion filed December 29, 1933.

Maxfield Weisbrod, for appellant. Morris Kompel, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Rudolf Fischer, complainant, v. Edwin N. Edlund et al., defendants. Rena A. Evensen and Ella E. Emrath, appellants, v. William H. Mellin, appellee. Gen. No. 36,709.

Opinion filed December 29, 1933.

DeWitt B. Bayer, for appellants. McCarthy & Toomey, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Morris Zalman, defendant in error, v. Mrs. E. R. Solomon, plaintiff in error. Gen. No. 36,757.

Opinion filed December 29, 1933.

Welch & Hoffman, for plaintiff in error. Brodkin & Bieber, for defendant in error; Abraham Teitelbaum, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Jacob Warner, appellee, v. Hyman Soboroff, appellant. Gen. No. 36,767.

Opinion filed December 29, 1933.

Hyman Soboroff, *pro se.* Harry Tobin, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Park Lane Hotel Company, appellant, v. Frank Weinberg, appellee. Gen. No. 36,807.